# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

STEVEN D. KIDERLEN,                )
                                   )
    Petitioner,           )
                                   )
    v.                    )      No. 4:08CV637 RWS
                                   )
TROY STEELE,                       )
                                   )
    Respondent.           )

## MEMORANDUM AND ORDER

Before the Court are petitioner's post-dismissal motions "to produce documents" and for certificate of appealability.

In his motion "to produce documents" petitioner requests copies of docket numbers 3, 6, 7, 8, 9, 10, 13, 14 and 17. Petitioner contends that he "has never been sent any copies of these documents," and that they "are needed...to file a meaningful and proper appeal in this case..." All of the requested documents, with the exception of docket number 13,[1] were filed by petitioner, and it was petitioner's responsibility to keep copies of all documents he filed with the Court. Therefore, the Court will deny his request "to produce documents."

---

[1]Docket No. 13 was an entry of appearance filed by the Attorney General.

Petitioner's motion for certificate of appealability will also be denied as the Court previously denied petitioner a certificate of appealability in its June 25, 2008 Order of Dismissal.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to produce documents [Doc. #17] is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for certificate of appealability [Doc. #18] is **DENIED**.

Dated this 7th day of August, 2008.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE